UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:19-cv-24600-UU

SAMANTHA STEINER,
individually and on behalf of all others similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

RAGEON, INC.

*Defendant*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Samantha Steiner, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Samantha Steiner, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 13, 2019

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**EDELSBERG LAW, PA**
*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

            **SHAMIS & GENTILE, P.A.**
            14 NE 1st Ave., Suite 1205
            Miami, FL 33132
            Telephone (305) 479-2299
            Facsimile (786) 623-0915
            Email: efilings@sflinjuryattorneys.com

    By:  /S/Andrew J. Shamis____
       ANDREW J. SHAMIS, ESQ
       Florida Bar # 101754

       *Attorneys for Plaintiff Samantha Steiner and all others similarly situated.*