**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-24600-UU

SAMANTHA STEINER,

    Plaintiff,

v.

RAGEON, INC.,

    Defendant.

    _____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice. D.E. 9. The Court has reviewed the notice and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _16th_ day of December, 2019.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf